UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:18-cv-00746-DAD-CKD |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 1932 NAOMI WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 266-0160-005-0000, et al., | (Doc. Nos. 24, 25) |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture (Doc. No. 25), the court finds:

1.     This is a civil forfeiture action *in rem* against two real properties, one of which is the real property located at 2117 South Avenue, Sacramento, California, Sacramento County, APN: 252-0183-012-0000 ("defendant property").

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 3, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3.     On July 23, 2018, the defendant property was posted with a copy of the Complaint and a Notice of Complaint.

4.     Beginning on April 20, 2018, for at least 30 consecutive days, the United States

1

published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 21, 2018.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to the defendant property:

a.     Danyun Liu; and

b.     First Life, LLC

6.     Claimant Danyun Liu filed a Verified Claim on May 25, 2018, and an Answer to the Complaint on June 27, 2018. Claimant First Life, LLC filed a Claim no May 29, 2018, claiming a lien holder interest in the defendant property, and an Answer to the Complaint on July 2, 2018. No other parties have filed claims or answers regarding the defendant property, and the time in which any person or entity may file a claim and answer has expired.

7.     On or about October 29, 2019, escrow closed for the defendant property at 2117 South Avenue, Sacramento, California, Sacramento County, APN: 252-0183-012-0000, and the United States received a wire transfer in the amount of $39,028.14, which will be substituted in lieu of the real property. First Life, LLC was paid in full through escrow. First Life, LLC withdrew their Claim and Answer on July 31, 2020.

Based on the above findings, and the files and records of the court, it is hereby ORDERED AND ADJUDGED:

1.     Judgment is hereby entered against claimants Danyun Liu, First Life, LLC, and all other potential claimants who have not filed claims in this action regarding the defendant real property located at 2117 South Avenue, Sacramento, California, Sacramento County, APN: 252-0183-012-0000.

2.     Upon entry of the Final Judgment of Forfeiture, approximately $39,028.14 in net proceeds from the sale of the defendant real property located at 2117 South Avenue, Sacramento, California, Sacramento County, APN: 252-0183-012-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3.     The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed.  Claimant waived the provisions of California Civil Code § 1542.

4.     Claimant waived any and all claim or right to interest that may have accrued no the money being forfeited in lieu of the defendant real property.

5.     All parties are to bear their own costs and attorneys' fees, if any.

6.     The undersigned shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7.     On October 15, 2025, plaintiff United States of America and claimant Danyun Liu stipulated to dismiss the remaining claims against the real property located at 1932 Naomi Way, Sacramento, California, Sacramento County, APN:  266-0160-005-0000, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc. No. 25.)  Good cause appearing, the court GRANTS that stipulation and DISMISSES the claim against the real property located at 1932 Naomi Way, Sacramento, California, Sacramento County, APN: 266-0160-005-0000, with prejudice.

8.     Based upon the allegations set forth in the Complaint filed April 3, 2018, and the Stipulation for Dismissal With Prejudice, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property located at 1932 Naomi Way, Sacramento, California, Sacramento County, APN: 266-0160-005-0000, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   **January 12, 2026**                              _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3